| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:03-CR-125-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR05-30053 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mary Davis<br>292 Deerfield St.<br>Greenfield, MA 01301 | Vermont | Criminal |
| | NAME OF SENTENCING JUDGE | |
| | Hon. William K. Sessions III | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8/31/2004 — TO 8/30/2007 |

| OFFENSE |
|---|
| Distribution of Cocaine Base<br>21 U.S.C. §§ 841(a)(1); (b)(1)(C) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Judicial___ DISTRICT OF ___Vermont___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Massachusetts___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/8/05
*Date*

/s/ William Sessions
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Judicial___ DISTRICT OF ___Massachusetts___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-23-05
*Effective Date*

/s/ Michael A. Ponsor
*United States District Judge*