United States District Court
For The
District Of Massachusetts

(United States Of America)

(V.S) case NO. 05CR30053

(Mary Davis)

## Motion For Appointment Of Counsel

Now Comes defendant Mary Davis and respectfully requests that the court appoint counsel to represent her pursuant to the provisions of the Criminal Justice Act in connection with proceedings before the court with respect to alleged violations of supervised release.

Defendant Davis has previously been appointed counsel in this matter by the United States District Court for the District of Vermont. A copy of that order of appointment is attached. Her financial condition continues to be such that she cannot afford to retain counsel.

Wherefore, defendant respectfully requests that the court appoint counsel pursuant to the Criminal Justice Act to assist in her defense in this matter.

Dated at GAd, Massachusetts this 16 Day of September, 2006

Mary Davis

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT



UNITED STATES OF AMERICA,

V.

Mary Davis

File No. 2:03-CR-125-02

### ORDER OF APPOINTMENT

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Brattleboro, in the District of Vermont, on this 9th day of December, 2003.

Deputy Clerk