# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | WAIVER OF PROBABLE CAUSE HEARING |
| ) | |
| MARY DAVIS, ) | |
| Defendant ) | Case Number: 05-30053-MAP |

I, Mary Davis , understand that in the ___ District of  Massachusetts charges are pending alleging violation of probation  and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2)    a probable cause hearing prior to and independent of a revocation hearing;

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

( )    retain counsel, or request the assignment of counsel,

(X)    a probable cause hearing,

and, therefore, consent to the issuance of an order requiring my appearance before the sentencing judge in the original matter pending in this district.

_____
Signature of Defendant

_____
Signature of Defense Counsel

_____
Date