AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA
v.
**MARY ALICE DAVIS**

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 3: 05 CR 30053   001   MAP

MARK MASTROIANNI, ESQ
Defendant's Attorney

Date of Original/Amended Judgment:

## THE DEFENDANT:

[x] admitted guilt to violation of condition(s) 1,2,3,4 of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | NO ASSOCIATION W/ANY PERSONS ENGAGED IN CRIMINAL ACTIVITY, NOR ANY PERSON CONVICTED OF A FELONY | 08/29/06 |
| 2 | PERFORM 200 HRS OF COMMUNITY SERVICE DURING FIRST YEAR OF SUPERVISION AT APPROVED SITE BY PROBATION | 05/04/06 |
| 3 | COMPLETE 6 MONTH TERM OF HOME DETENTION W/ELEC. MONITORING | 08/29/06 |
| 4 | WORK REGULARLY AT LAWFUL OCCUPATION | 05/03/06 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) 3 _____ and is discharged as to such violation(s) condition.

days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

10/31/06
Date of Imposition of Judgment

Defendant's Soc. Sec. No.: 000/00/4349

Defendant's Date of Birth: 00/00/81

MICHAEL A. PONSOR
Signature of Judicial Officer

Defendant's USM No.: 04953-082

Defendant's Residence Address:
292 Deerfield St.
Greenfield, MA 01301

U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

Defendant's Mailing Address:
Same as above

11·1·06
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER:   3: 05 CR 30053   001   MAP
DEFENDANT:   MARY ALICE DAVIS

Judgment - Page   of

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   3 month(s)

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal